UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>1. RALPH SANTANIELLO,<br><br>2. GIOVANNI CALABRESE<br>   a/k/a "Johnny Cal," "John Calabrese,"<br><br>3. GERALD DANIELE,<br><br>4. FRANCESCO DEPERGOLA<br>   a/k/a "Frank Depergola," "Sammy Shark Depergola," and<br><br>5. RICHARD VALENTINI,<br><br>            Defendants. | Crim. No. 16CR30033-MGM |

Motion for Pretrial Detention

The United States moves for pretrial detention of the defendants, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves:

    X    Crime of violence (18 U.S.C. § 3156)

         Maximum sentence of life imprisonment or death

         10 plus years drug offense

         Felony, with two prior convictions in above categories

    X    Serious risk defendant will flee

    X    Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.  The Court should detain the defendants because there are no conditions of release which reasonably will assure (check one or both):

1

   X The defendants' appearance as required

   X Safety of any other person and the community

 3. <u>Rebuttable Presumption</u>.

At this time, the United States (~~will~~, will not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).

 4. <u>Time for Detention Hearing</u>.  The United States requests that the Court conduct the detention hearing,

    At first appearance

   X After continuance of  3  days (not more than 3)

 5. <u>Witnesses</u>.  At the initial appearance, the United States will rely upon a proffer by an Assistant U.S. Attorney or an Attorney from the Department of Justice, Organized Crime and Gang Section.  The United States will file a detention memorandum prior to the detention hearing.

 6. <u>Other Matters</u>.  None.

         Respectfully submitted,

         CARMEN M. ORTIZ
         UNITED STATES ATTORNEY

    By: /s/ Kevin O'Regan
      Kevin O'Regan (678347)
      Assistant U.S. Attorney
      300 State Street, Suite 230
      Springfield, MA 01105
      413-785-0142
      kevin.o'regan@usdoj.gov

      Marianne Shelvey
      Trial Attorney
      DOJ Organized Crime and Gang Section

<u>Certificate of Service</u>

August 4, 2016

I hereby certify that this document will be served by hand on the defendants today in court.

/s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney